IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLENN THORPE and PATRICIA THORPE,<br><br>                Plaintiffs,<br><br>   v.<br><br>BOLLINGER SPORTS, LLC; MODELL'S SPORTING GOODS, INC.; BRG SPORTS, INC.; and BELL SPORTS, INC.,<br><br>                Defendants. | CIVIL ACTION<br>NO. 14-04520 |

## ORDER

**AND NOW,** this 27th day of May, 2015, upon consideration of Plaintiffs Glenn and Patricia Thorpe's Motion for Leave to File a Second Amended Complaint, (Doc. No. 30), and Defendant Bollinger Sports, LLC's response in opposition, (Doc. No. 32), it is **ORDERED** that

1. Plaintiffs may file a Second Amended Complaint in substantially the same form as the proposed amended complaint attached as Exhibit 3 to Plaintiffs' motion. The Second Amended Complaint must, however, delete the request for punitive damages in the wherefore clause following the breach of warranty claim described in Count IV.

2. Defendant Bell Sport, Inc.'s Motions for Judgment on the Pleadings, (Doc. Nos. 24, 35) are **DENIED as moot.**

                                              BY THE COURT:

                                              /s/ Gerald J. Pappert
                                              GERALD J. PAPPERT, J.