IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLENN THORPE and PATRICIA THORPE,**<br><br>          **Plaintiffs,**<br><br>   v.<br><br>**BOLLINGER SPORTS, LLC; MODELL'S SPORTING GOODS, INC.; BRG SPORTS, INC.; and BELL SPORTS, INC.,**<br><br>          **Defendants.** | **CIVIL ACTION**<br>**NO. 14-04520** |

## ORDER

AND NOW, this 9th day of September, 2015, upon consideration of Defendant Bell Sports, Inc.'s Motion for Judgment on the Pleadings, (ECF No. 51), and Plaintiffs' response thereto, (ECF No. 54), it is **ORDERED** that the motion is **GRANTED** and judgment as to Plaintiffs' claims against Bell Sports, Inc. in Counts IX, X, XI, XII, and XIII is entered in favor of Defendant Bell Sports, Inc. and against Plaintiffs Glenn and Patricia Thorpe.

                                          BY THE COURT:

                                          */s/ Gerald J. Pappert*
                                          GERALD J. PAPPERT, J.